UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL PALACIO LATINO RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01162-KAW<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 1 |

　　　　Plaintiff commenced this ADA case on March 12, 2014.  (Compl., Dkt. No. 1.)  According to the scheduling order entered in this action, the last day for Plaintiff to file a "Notice of Need for Mediation" was August 8, 2014.  (*See* Scheduling Order at 1, Dkt. No. 4; General Order 56 ¶ 1.)  As of the filing of this order, Plaintiff has not filed any such notice or moved for administrative relief from that deadline.  In fact, the last filing in this case occurred on September 12, 2014.  (Def.'s Consent, Dkt. No. 9.)

　　　　Accordingly, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a written response to this order to show cause within 14 days.

　　　　**IT IS SO ORDERED**.

Dated: 02/20/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge