UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EL PALACIO LATINO RESTAURANT, et al.,<br><br>　　　　Defendants. | Case No.  14-cv-01162-KAW<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 10 |

On February 20, 2015, the Court ordered Plaintiff to show cause why the above-captioned case should not be dismissed for failure to prosecute.  The Court noted that Plaintiff had not filed the required "Notice of Need for Mediation" by the August 8, 2014 deadline.  On February 24, 2015, Plaintiff filed the required notice, and her reply to the order to show cause followed on March 5, 2015.  Defendant Armando Molina also filed a response to the order to show cause, to which Plaintiff filed a reply on March 6, 2015.

As Plaintiff has filed the required notice and a response to the Court's order to show cause, that order is hereby discharged.  If mediation is unsuccessful, she shall request a case management conference in accordance with Paragraph 8 of General Order 56.  Failure to do so may result in dismissal for failure to prosecute.

IT IS SO ORDERED.

Dated: 03/12/15

_____
KANDIS A. WESTMORE
United States Magistrate Judge