UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOLLY CASH,

    Plaintiff,

  v.

EL PALACIO LATINO RESTAURANT, et al.,

    Defendants.

Case No. 14-cv-01162-KAW

**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**

On April 14, 2015, the mediator assigned to this case was advised that the matter has settled. Accordingly, the parties shall file a stipulation of dismissal within 60 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: 06/15/2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge