```
1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  A PROFESSIONAL LAW CORPORATION
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
4  Telephone:    415/444-5800
   Facsimile:    415/674-9900
5  E-Mail:  tfrankovich@disabilitieslaw.com
6
   Attorney For Plaintiff, HOLLY CASH
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOLLY CASH, | ) | **CASE NO. CV-14-01162-KAW** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL AND** |
| v. | ) | ~~[PROPOSED]~~ **ORDER THEREON** |
| | ) | |
| EL PALACIO LATINO RESTAURANT; ARMANDO MOLINA | ) | |
| Defendants. | ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON       CASE NO. **CV-14-01162-KAW**

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 2, 2015    THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: */s/ Thomas E Frankovich*
Thomas E. Frankovich
Attorney for Plaintiff HOLLY CASH

Dated: July 2, 2015    **Jeffer Mangels Butler & Mitchell LLP | JMBM**

By: /s/ Stuart K. Tubis
Stuart K. Tubis
Attorneys for Defendants EL PALACIO LATINO RESTAURANT; ARMANDO MOLINA

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: __7/6__, 2015

Magistrate Kandis A. Westmore
MAGISTRATE
UNITED STATES ~~DISTRICT~~ JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON    CASE NO. **CV-14-01162-KAW**
-2-